# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| HUAWEI DEVICE CO. LTD.,  HUAWEI DEVICE USA, INC.,  HUAWEI DEVICE (SHENZHEN) CO., LTD.,  HUAWEI DEVICE (DONGGUAN) CO., LTD., | § § § § § | CIVIL ACTION NO.  2:18-CV-00462-JRG (LEAD CASE) |
| GOOGLE LLC, | § § | CIVIL ACTION NO.  2:18-CV-00462-JRG (MEMBER CASE) |
| *Defendants.* | § § | |

## <u>ORDER</u>

Before the Court is Plaintiff Super Interconnect Technologies LLC ("SIT") and Defendant Google LLC's ("Google") (collectively, the "Parties") Joint (Agreed) Motion to Stay (the "Motion"). (Dkt. No. 101.) In the Motion, the Parties request a stay of all deadlines in the Third Amended Docket Control Order (Dkt. No. 95) pending an Order from this Court responsive to the Federal Circuit's order directing this Court to dismiss or transfer this action. *See In re Google LLC*, No. 2019-126, 2020 WL 728165 (Fed. Cir. Feb. 13, 2020).

Having considered the Motion, its joint nature, and the possibility that further guidance from the Federal Circuit might be forthcoming via a motion for rehearing, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned cases are **STAYED** for thirty (30) days from the issuance of this Order. It is further **ORDERED** that the Parties file a joint status report addressing the status

of this matter at least forty-eight (48) hours prior to the expiration of the stay, at which point the court may determine whether the stay should be continued or lifted in light of such status report.

     **So ORDERED and SIGNED this 18th day of February, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE