# **EXHIBIT 15**

## Contact

www.linkedin.com/in/harleen-juneja (LinkedIn)

## Top Skills

Requirements Analysis
C++
C

# Harleen Juneja

Product TPM at Facebook ; ex-Google ; ex-IBM
Menlo Park

## Summary

Technical Program manager with expertise ranging from mobile apps to platform. Attention to detail and skilled in coordinating proactively with diverse teams and resources to complete objectives.
Strong program and project management professional skilled in SQL, Agile Processes, Requirements Analysis, C, and C++.
Prior to being a technical program manager was a software engineer at IBM.
BS and MS in computer sciences.

---

## Experience

**Facebook**
Product TPM
February 2021 - Present (2 months)
Menlo Park, California, United States

**Google**
Technical Program Manager
2016 - January 2021 (5 years)
Mountain View, California

Technical Program owner for Storage (UFS and F2FS) for Pixel 3 to Pixel 5. Worked across supply management, hardware and software stakeholders to create vendor selection criteria, prioritize part performance and stability.

Technical program manager for pixel touch and haptics experience for pixel 3 to 5.

Engineering productivity program owner for android platform quality media framework and Pixel camera app and framework.

**eTouch Systems**
Test Engineer
2015 - 2016 (1 year)
Mountain View, California

--> Maintaining quality for key functional partnerships across activity recognition, sensor and wear teams to gather requirements, define milestone, ensure readiness, identify risks and gain required approvals.

IBM
Software Engineer - ISL (Indian Software Labs)
2010 - February 2012 (2 years)
Bengaluru, Karnataka, India

Developed new features and fixed bugs for IBM's flagship retail domain product 'Product Information Management' deployed across major retailers in the world.

--> As part of Sustenance engineering team, resolved customer reported issues (Authorized Program Analysis Reports - APARs), by developing code fixes.

--> Developed extensive Java APIs for large customers such as Walmart, Target etc to enable customization of their inventory management workflows

--> Increased test coverage by 50% by developing Junit based unit test improving code stability and also developed a new integration testing framework to prevent regressions.

--> Collaborated with Level 2 support teams and retail customers in investigating field reported issues and provided fixes/workarounds. Achieved 100% SLA of 1day turnaround for Severity1 issues, 2days for Severity2 issues etc)

--> Co-ordinated with global teams such as Quality Analysis and Information Development teams to gather customer requirements for future feature releases.

## Education

Punjab Engineering College
ME, Computer Science Engineering · (2007 - 2009)

Guru Nanak Dev Engineering College, Ludhiana
Bachelor of Engineering - BE, Information Technology · (2003 - 2007)