# EXHIBIT 23



Marc Booth - Chief IP Officer - Acacia Research | LinkedIn

Join now    Sign in

🔍 Marc Booth



···

# Marc Booth

Chief IP Officer at Acacia Research

Newport Beach, California · 500+ connections

**Join to Connect**

 **Acacia Research**

 **USC**

## About

Executive with over 10 years experience in patent monetization and over 25 years in design and development engineering.

Specialties:
* Triaging and Analyzing Large Patent Portfolios
* Determining Real-World Valuations
* Performing Rapid and Thorough Due Diligence for Patent Acquisitions

## Activity

 

Liked by **Marc Booth**

 **Linked**in

Marc Booth - Chief IP Officer - Acacia Research | LinkedIn

Join now　　Sign in

🔍 Marc Booth



### Want to know what non-practising entities are up to this year? Five CEOs/senior managers from NPEs spoke to this reporter about their priorities...

Liked by **Marc Booth**

Join now to see all activity

---

## Experience



### Chief IP Officer
Acacia Research

Aug 2018 - Present · 2 years 8 months

Newport Beach, CA

Tasked by Acacia's new Board of Directors with managing and growing Acacia's patent licensing business. Responsible for all aspects of the business, including portfolio analysis, acquisition and licensing.



### CEO
Booth IP

Jun 2017 - Aug 2018 · 1 year 3 months

Newport Beach, CA

Offering Patent Portfolio Analysis and Valuation Services as well as Licensing Support.



### Executive Vice President & General Manager, Engineering
Acacia Research

Jun 2006 - Jun 2017 · 11 years 1 month

Newport Beach, CA

Assist in managing overall Company operations. Lead the Engineering Group, which is responsible for technical analysis of patent portfolios and support for business development and licensing activities. Technology sectors include communications,



Join now    Sign in

🔍 Marc Booth



Jun 2005 - Jun 2006 · 1 year 1 month

Responsible for development of high-end residential networked entertainment and control systems. Developed robust, standards-based open architecture solutions to replace existing proprietary AMX and Crestron systems. Worked across functional boundaries to support technical needs of other Company organizations involved in venture capital investments, philanthropic and IT infrastructure activities.



### VP Engineering
Intheairnet, LLC

Jul 2003 - Jun 2005 · 2 years

Conceptualized and managed the development of new hardware and software products for the In-Flight Entertainment market



### Sr. Director, Engineering
Powerwave Technologies

2002 - 2003 · 1 year

Managed Digital Design and Program Management Departments. Responsibilities included all digital hardware and software design for embedded control applications of the base station amplifiers, as well as the overall program management responsibilities for all the Powerwave development projects.



### VP Engineering
Comarco Wireless Technologies

1999 - 2002 · 3 years

Managed Engineering Department of 40 employees with $6M annual budget. Designed test and measurement equipment for cellular network analysis, optimization and competitive benchmarking. Products consisted of RF scanners, DSP's, real-time data acquisition firmware and MS Windows data logging and display applications. Technologies included GSM/GPRS, cdma2000 and WCDMA.



### VP Engineering/Director Engineering
Sony

1991 - 1999 · 8 years

 Join now | Sign in

🔍 Marc Booth

units as well as all client software for user interface, transaction processing and...

Show more

### Section Head

Hughes Aircraft Company

1979 - 1991 · 12 years

Managed an organization of over 30 electrical, software and test design engineers in development of several
display products. Led a multi-disciplinary Integrated Product Development Team of over 50 people in developing a new high performance graphics workstation. Responsible for all aspects of electrical, mechanical, software and test design, production implementation, and quality.

## Education

### USC

MS · EE

1979 - 1981

### UC Riverside

BS · Physics

1975 - 1979

## Groups

### OCTANe

-

### Executive Suite

-



Join now    Sign in



🔍  Marc Booth

" Marc is an excellent leader and technologist. I've have worked with Marc for over 4 years currently at IntheAirNet and Comarco Wireless Technologies and through out all the challenges that go along with product development, we always developed superior products and had fun.

" Marc is an excellent leader and technologist. I've have worked with Marc for over 4 years currently at IntheAirNet and Comarco Wireless Technologies and through out all the challenges that go along with product development, we always developed superior products and had fun.

1 person has recommended Marc

Join now to view

## View Marc's full profile

See who you know in common

Get introduced

Contact Marc directly

Join to view full profile

## People also viewed



**Shawn Ambwani**
Chief Patent Troll and Counterfeit Killer - World's most followed patent professional
San Francisco Bay Area



**Erik Ahroon**



Marc Booth | Chief Technology Officer at Acacia Research | LinkedIn

Join now    Sign in

 Marc Booth

New York, NY


**Nadereh Russell**
Vice President at Acacia Research
Orange County, CA


**Michael Doyle**
Vice President, Chief Intellectual Property Counsel at NuVasive
San Diego County, CA


**Brett Alten**
Senior Vice President and Deputy General Counsel at Hewlett Packard Enterprise
Los Altos, CA


**Holly Hernandez**
Senior Vice President, Licensing at Acacia Research Group, LLC
Frisco, TX


**Robert Wawrzyn**
Chief IP Counsel, GE Healthcare
Greater Milwaukee


**Robert Heath**
Technology and Intellectual Property Executive
San Francisco, CA


**Kent Richardson**
CEO Richardson Oliver Insights. Partner ROL Group. Expert witness. Former SVP, General Counsel, and VP IP.
San Francisco Bay Area

Show more profiles ⌄

## Others named **Marc Booth**


**Marc Booth**
Operations Director
Watford



 Marc Booth

 -
Toronto, ON

 **Marc Booth**
Senior Change / IT Project Manager
Greater Preston Area

29 others named Marc Booth are on LinkedIn

See others named **Marc Booth**

## Add new skills with these courses

 **IoT Foundations: Operating System Applications**

 **Executive Presence on Video Conference Calls**

 **Linux Device Drivers**

See all courses

## Marc's public profile badge

Include this LinkedIn profile on other websites

 **Marc Booth**
Chief IP Officer at Acacia Research

 Chief IP Officer at Acacia Research

 USC

 Linked**in**

Join now    **Sign in**

🔍   Marc Booth

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines