# EXHIBIT 24



Join now    Sign in

🔍 Eric Lucas



### Eric Lucas

Senior Vice President, Licensing and Litigation at Acacia Research Group

Laguna Beach, California · 245 connections

**Join to Connect**

- Acacia Research Group
- Indiana University Bloomington

## Activity

I am so excited to announce that I have joined Steelike, Inc. as CEO to help lead the Company in next phase of its journey! Co-founder William…

Liked by **Eric Lucas**

DID YOU KNOW? Corvaglia USA uses various third-party companies to purchase our post-industrial HDPE material because it is essentially 'virgin' grade…

Case 6:21-cv-00259-ADA Document 15-14 Filed 04/27/21 Page 3 of 9



Join now | Sign in

 Eric Lucas



### Senior Vice President, Licensing and Litigation
Acacia Research Group

2012 - Present · 9 years

Newport Beach, CA



### Licensing Agent
Intellectual Ventures

2011 - 2012 · 1 year

Laguna Beach, CA



### Director of Licensing
Open Invention Network

2010 - 2012 · 2 years

Laguna Beach



### Attorney
Independent Intellectual Property Attorney

2008 - 2012 · 4 years

Laguna Beach, CA

Director of Licensing for Open Invention Network ("OIN"); Director of Licensing for EpicenterIP (formerly IPotential); Licensing Agent for Intellectual Ventures



Join now    Sign in

🔍 Eric Lucas

### Director, Intellectual Property Business
Boeing

2003 - 2004 · 1 year

Irvine, CA

### Senior VP, General Counsel and Director of IP
Cambridge Display Technology

2001 - 2003 · 2 years

Cambridge, United Kingdom

---

# Education

### Indiana University Bloomington
JD · Law

### Rose-Hulman Institute of Technology
BS · Engineering

---

# Groups



Join now | Sign in

 Eric Lucas

## View Eric's full profile

- See who you know in common
- Get introduced
- Contact Eric directly

**Join to view full profile**

## People also viewed


**Lucas Keller**
Director of Facilities and Properties at Port Clinton City Schools
Ohio, United States


**Enno D. Bibow**
Vice President, Licensing & Business Development
France


**Thomas Smith**
Projects Director at FS&D
Alpharetta, GA


**William Martini**
Director Of Engineering



 Eric Lucas



**Bob de Jong**

GZ-psycholoog i.o.t. Psychotherapeut bij GGZ Momentum

Hilvarenbeek



**Kate LaPoint**

Sr. Manager, Business Operations & Communications at T-Mobile

Greater Seattle Area



**Nadereh Russell**

Vice President at Acacia Research

Orange County, CA



**Saerom Yu**

Research assistant at Korea Institute of Science and Technology

College Station, TX



**Jason W. Short, P.E.**

Managing Member at MSA Holdings, LLC

Vero Beach, FL

Show more profiles ⌄

## Others named Eric Lucas



**Eric Lucas**

Directeur Plug & Sorb

Greater Paris Metropolitan Region

Case 6:21-cv-00259-ADA Document 15-14 Filed 04/27/21 Page 7 of 9



Join now  Sign in

🔍 Eric Lucas



Founder/Executive Chairman at Spring Holdings Co., Ltd. Investor

Japan

### Eric Lucas

Millwright at ArcelorMittal Dofasco

Hamilton, ON

### Eric Lucas

Administrateur délégué chez Westore sprl et Lucas sa

Overijse

367 others named Eric Lucas are on LinkedIn

See others named **Eric Lucas**

## Add new skills with these courses



Copyright for Creatives: Protecting Your Work



Business Law for Managers

Understanding Trademarks: A Deeper Dive





Join now | Sign in

🔍 Eric Lucas

See all courses

## Eric's public profile badge

Include this LinkedIn profile on other websites

**Eric Lucas**
Senior Vice President, Licensing and Litigation at Acacia Research Group

Senior Vice President, Licensing and Litigation at Acacia Research Group

Indiana University Bloomington

View profile

**View profile badges**

© 2021

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Copyright Policy | Cookie Policy |
| Guest Controls | Brand Policy |
| | Community Guidelines |

Case 6:21-cv-00259-ADA Document 15-14 Filed 04/27/21 Page 9 of 9

Eric Lucas - Senior Vice President, Licensing and Litigation - Acacia Research Group | LinkedIn



Join now | Sign in

🔍 Eric Lucas