# EXHIBIT 25





# Headquarters

5775 Morehouse Drive

San Diego, CA 92121

USA

**See all offices**

**Overview**   Sales   Distributors, Providers and Reps

# Options for contacting Qualcomm

We have several options for contacting us, depending on your need.  Please review the options below and make your selection.

## Sales

Are you interested in becoming a partner or conducting business with Qualcomm?  If so, this option is for you.




Qualcomm

  /  Company  /  Contact Us

Use this form if you are interested in seeking licensing from Qualcomm or have an inquiry surrounding patents or copyrights.

## Technical Support

Explore Qualcomm support options for your Qualcomm ID, content access, product support, and getting resources you need to help you build your next innovation. Please note, we are unable to provide support for OEM devices.

## Corporate Functions

Have a question for one of our communications departments such as public relations, analyst relations, or investor relations? Start here.

## Distributors & Providers

Explore a list of preferred providers, distributors, and design centers.

 

Qualcomm

🏠 / Company / Contact Us

## Logo Request

Looking for Information and guidelines for proper and consistent use of the Qualcomm brand?  Click here to get started.

## Website Feedback

Please use website feedback for any technical issues you're experiencing with Qualcomm.com. Use this option to report broken links, typos, missing information or other general feedback specific to the website.

## Careers Website Feedback

Please contact the Qualcomm Careers team for any technical issues you're experiencing with the Qualcomm jobs portal such as importing resumes or creating a profile.

## Business Conduct Hotline

We respond to reports of misconduct as quickly and as confidentially as possible. To raise concerns, contact our Business




Qualcomm

 / Company / Contact Us

## Human Resources Hub

Please visit our public HR Hub portal at this link to browse our HR knowledge center which contains basic information about our HR and Benefits programs in the United States.

Qualcomm


   

 Language 

About Qualcomm    Careers    Offices    Contact Us    Support    Email Subscriptions

Terms of Use    Privacy    Cookies Policy    Cookies Settings

©2021 Qualcomm Technologies, Inc. and/or its affiliated companies.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

 

Qualcomm

 / Company / Contact Us

Nothing in these materials is an offer to sell any of the components or devices referenced herein.