# EXHIBIT 26

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

(Mark one)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 27, 2020

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____ .

Commission File Number 0-19528

# QUALCOMM Incorporated

**(Exact name of registrant as specified in its charter)**

| Delaware | 95-3685934 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 5775 Morehouse Dr.,  San Diego,   California | 92121-1714 |
| (Address of Principal Executive Offices) | (Zip Code) |

(858) 587-1121
**(Registrant's telephone number, including area code)**

Securities registered pursuant to section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common stock, $0.0001 par value | QCOM | NASDAQ Stock Market |

**Securities registered pursuant to Section 12(g) of the Act:**

None