# EXHIBIT 28

## Contact

www.linkedin.com/in/gyudong-kim-432b9631 (LinkedIn)

## Top Skills

ASIC
IC
Semiconductors

# Gyudong Kim

Engineer at Analog Devices
San Francisco Bay Area

## Summary

Analog Designer & Architect, making a better world by one chip at a time.
Frequently haunts around HDMI/MHL/VESA standard activities.

---

## Experience

**Silicon Image**
Engineer
August 1996 - Present (24 years 8 months)
Santa Clara, California, United States

DVI, HDCP, HDMI, MHL
Silicon Image got acquired by Lattice Semi in 2015. HDMI team is acquired by Invecas in 2017, and then acquired by Analog Devices in 2020.

**ETRI**
visiting researcher
December 1995 - August 1996 (9 months)
Daejon, Korea

CDMA ASIC, TIA with HBT

**University of Adelaide**
visiting scholar
September 1993 - October 1994 (1 year 2 months)
Adelaide, South Australia

Bug-Eye project

---

## Education

**Seoul National University**
Ph.D., Engineering · (1991 - 1996)

**Seoul National University**
MS, Electronics · (1989 - 1991)

Seoul National University

BS, Electronics · (1985 - 1989)