# EXHIBIT 30

## Contact

www.linkedin.com/in/min-kyu-
kim-3100164 (LinkedIn)

## Top Skills

PLL

ASIC

Signal Integrity

## Languages

Korean

# Min-Kyu Kim

Analog Design Eng Manager at Analog Devices
San Jose

## Summary

High-speed Serdes, Interface IP, HDMI Tx & Rx, Video interface,
analog design

———

## Experience

**Analog Devices**
Analog Design Eng Manager
August 2020 - Present (8 months)

**Invecas**
Director
October 2017 - July 2020 (2 years 10 months)

**Lattice Semiconductor**
Director
March 2015 - September 2017 (2 years 7 months)

**Silicon Image, Inc.**
17 years 1 month

Director
July 2011 - March 2015 (3 years 9 months)

Design Manager
June 2004 - June 2011 (7 years 1 month)

Member of Technical Staff
December 1998 - June 2004 (5 years 7 months)

Consultant
March 1998 - November 1998 (9 months)

Working as a consultant while waiting for H-1B visa

**ETRI**
part-time researcher

December 1995 - June 1996 (7 months)

———

## Education

Seoul National University

PhD, Engineering · (1990 - 1998)

Seoul National University

MS, Engineering · (1988 - 1990)

Seoul National University

Bachelor, Engineering · (1984 - 1988)