# EXHIBIT 31

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF TEXAS
 3
 4    _____
                                     )
 5    SUPER INTERCONNECT             )
      TECHNOLOGIES LLC,              )
 6                                   )
              Plaintiff,             )
 7                                   )
      vs.                            ) No. 2:18-CV-00462-JRG
 8                                   )
      HUAWEI DEVICE CO. LTD.,        )
 9    et al.,                        )
                                     )
10            Defendants.            )
      _____)
11
12
13
14       VIDEOTAPED DEPOSITION OF MIN-KYU KIM, Ph.D.
15                 Menlo Park, California
16              Tuesday, September 10, 2019
17                       Volume I
18
19
20
21    Reported by:
      CATHERINE A. RYAN, RMR, CRR
22    CSR No. 8239
23    Job No. 3513459
24
25    PAGES 1 - 122
```

Page 1