# EXHIBIT 32

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v. | |
| HUAWEI DEVICE CO. LTD., et al.,<br><br>Defendants. | Case No.: 2:18-cv-00462-JRG<br>**(LEAD CASE)** |
| GOOGLE LLC,<br><br>Defendant. | Case No.: 2:18-cv-00463-JRG |

## DECLARATION OF JAIME GARCIA

I, Jaime Garcia, declare as follows:

1. I am a Contract Manager at Lattice Semiconductor Corporation ("Lattice"). I have worked in this role at Lattice since 2015.

2. Prior to working at Lattice, I was a Contract Manager at Silicon Image Inc. ("Silicon Image"). I worked at Silicon Image from 2006 to 2015. When Lattice acquired Silicon Image in 2015, I started working at Lattice.

3. I have reviewed the documents produced by Lattice in response to a subpoena served by Google in this litigation.

4. I have reviewed the documents labeled Latt-SIT-000434, Latt-SIT-000439-Latt-SIT-000441, and Latt-SIT-000294-Latt-SIT-000300.

5. It is my understanding that these documents have been maintained by Lattice in the ordinary course of its business.

6. I have reviewed the documents labeled Latt-SIT-000207-Latt-SIT-000209, Latt-SIT-000171-Latt-SIT-000174, and Latt-SIT-000301-Latt-SIT-000302.

7. I am informed and believe that these documents were prepared by or received by Lattice employees at or near the time they are dated. I also understand that these documents were prepared by or received by Lattice employees acting within the scope of their normal job responsibilities as Lattice employees. It is my understanding that Lattice has maintained these documents in the ordinary course of its business.

8. I have reviewed the document labeled Latt-SIT-000219-Latt-SIT-000240.

9. I am informed and believe that Lattice obtained this document as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained this document in the ordinary course of its business.

10. It is also my understanding that, prior to Lattice's acquisition of Silicon Image, Silicon Image maintained this document in the ordinary course of its business.

11. I have reviewed the documents labeled Latt-SIT-000210-Latt-SIT-000218, Latt-SIT-000052-Latt-SIT-000056, Latt-SIT-000087-Latt-SIT-000102, Latt-SIT-000103-Latt-SIT-000152, Latt-SIT-000153-Latt-SIT-000170, Latt-SIT-000175-Latt-SIT-000200, Latt-SIT-000201, Latt-SIT-000202-Latt-SIT-000206, Latt-SIT-000435, Latt-SIT-000442-Latt-SIT-000463, Latt-SIT-000464-Latt-SIT-000471, Latt-SIT-000472-Latt-SIT-000479, Latt-SIT-000517-Latt-SIT-000524, Latt-SIT-000518-Latt-SIT-000542, Latt-SIT-000550-Latt-SIT-000561, Latt-SIT-000562-Latt-SIT-000572, and Latt-SIT-000573-Latt-SIT-000580.

12. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

13. It is also my understanding that, prior to Lattice's acquisition of Silicon Image, Silicon Image maintained these documents in the ordinary course of its business.

14. I have reviewed the documents labeled Latt-SIT-000007-Latt-SIT-000017, Latt-SIT-000018-Latt-SIT-000026, Latt-SIT-000027-Latt-SIT-000037, Latt-SIT-000038-Latt-SIT-00048, Latt-SIT-000049, Latt-SIT-000241, and Lat-SIT-000639-Lat-SIT-000651.

15. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

16. It is also my understanding that, prior to Lattice's acquisition of Silicon Image, Silicon Image maintained these documents in the ordinary course of its business.

17. I have reviewed the documents labeled Latt-SIT-000327-Latt-SIT-000328, Latt-SIT-000581-Latt-SIT-000583, Latt-SIT-000001-Latt-SIT-000006, Latt-SIT-000051, and Lat-SIT-000584.

18. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

19. I have reviewed the documents labeled Latt-SIT-000273-Latt-SIT-000293, Latt-SIT-000303-Latt-SIT-000323, Latt-SIT-000362-Latt-SIT-000382, Latt-SIT-000383-Latt-SIT-000404, Latt-SIT-000405-Latt-SIT-000433, Lat-SIT-000587-Lat-SIT-000607, Lat-SIT-000608-Lat-SIT-000636, and Latt-SIT-000329-Latt-SIT-000361.

20. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

21. I have reviewed the documents labeled Latt-SIT-000324-Latt-SIT-000326, Lat-SIT-000585, Lat-SIT-000586, and Lat-SIT-000637-Lat-SIT-000638.

22. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

23. I have reviewed the documents labeled Latt-SIT-000242-Latt-SIT-000245, Latt-SIT-000246-Latt-SIT-000268, Latt-SIT-000269, Latt-SIT-000270-Latt-SIT-000271, Latt-SIT-000272, Latt-SIT-000437-Latt-SIT-000438, and Latt-SIT-000484-Latt-SIT-000506.

24. I am informed and believe that Lattice obtained these documents as part of Lattice's 2015 acquisition of Silicon Image. It is my understanding that, from approximately that time until now, Lattice has maintained these documents in the ordinary course of its business.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2019 in San Jose, California.

_____
Jaime Garcia