# EXHIBIT 33



Applications    Products    Support    Buy    Blog    About Us    Sign In | Register        Search Site

About Us

# About Us

Lattice Semiconductor (NASDAQ: LSCC) is the low power programmable leader. We solve customer problems across the network, from the Edge to the Cloud, in the growi communications, computing, industrial, automotive and consumer markets. Our technology, long-standing relationships, and commitment to world-class support lets our customers quickly and easily unleash their innovation to create a smart, secure and connected world.

Follow us on LinkedIn, Twitter, Facebook, YouTube, or RSS.

- Corporate Management

- Corporate Social Responsibility

## Locations

### Oregon - Corporate Headquarters



The Portland metro area, the "City of Roses", is home to over 1.9 million people and is one of the fastest growing cities in the United States. It is located just an hour from the beautiful Oregon coast and picturesque Cascade ski resorts.

5555 NE Moore Ct, Hillsboro, OR 97124  Map
Tel: (503) 268-8000
Fax: (503) 268-8169

### Shanghai - Development Center



Serving as the largest base of Chinese industrial te the important seaport and China's largest commer financial center, Shanghai draws the attention of t world.

Building 17, No. 1036 Tianlin Road Minhang Distric Shanghai, 200233 China
Tel: +86 21 61265126
Fax: +86 21 52989890

### Manila - Operations Center



With its protected harbor, Manila serves as the main seaport of the Philippines, as the Port of Manila is one of the busiest in the world. Diverse manufacturers produce a wide variety of products such as electronic goods, textiles, and clothing.

11/F Aeon Centre
Lot 2-3 Blk 45 Filinvest Ctr.
Alabang Zapote Road cor. Northbridgeway
Muntinlupa City 1780 Philippines
Tel: +63 2 77176600

### Silicon Valley - Development Center



Known as the "Capital of Silicon Valley", San Jose is Historic and high-tech, San Jose offers many intere activities; world-class cultural arts, professional sp theme parks, wineries, parks and gardens.

2115 O'Nel Drive, San Jose, CA 95131  Map
Tel: (408) 826-6000
Fax: (408) 826-6034

### Singapore - Operations Center



Singapore has the full value chain of semiconductor activities including 40 integrated circuit design houses, 14 silicon wafer fabrication plants and 20 outsourced assembly and test facilities.

Lattice SG Pte. Ltd.

101 Thomson Road, United Square #07-02, Singapore 307591

Tel: 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-2000

Fax: 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-4377

| About Us | Sales | Support | |
|---|---|---|---|
| Contact Us | Americas | Technical Support |  |
| Press Room | Europe & Africa | Software Licensing | |
| Investor Relations | Asia Pacific | Services |  |
| Careers | Online Store | Legacy Devices & Software | |
| Subscribe | | |  |
| | | |  |

©2021 Lattice Semiconductor   |   Legal Notices   |   Privacy Policy   |   Site Map   |   Use of Cookies