# EXHIBIT 35





Google Sign in

Round trip · 1 · Economy

San Fran... | Waco ACT | Sat, May 15 | Mon, May 24

Stops · Airlines · Bags · Price · Times · Connecting airports · Duration · More

Date grid | Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

10:00 AM — 5:47 PM $311
SFO ACT round trip
1 stop in DFW · 5 hr 47 min · American · Operated by Envoy Air as American Eagle

1:18 PM — 9:37 PM $311
SFO ACT round trip
1 stop in DFW · 6 hr 19 min · American · Operated by Envoy Air as American Eagle

Prices are currently typical for your trip. Details

## Other departing flights

3:53 PM — 9:44 AM+1 $311

SFO ACT round trip
1 stop in DFW · 15 hr 51 min · American · Operated by Envoy Air as American Eagle

6:48 PM → 9:44 AM+1 $363
SFO ACT round trip
2 stops in LAX, DFW · 12 hr 56 min · American · Operated by Skywest Airlines as Ameri...

11:34 PM → 4:01 PM+1 $366
SFO ACT round trip
2 stops in ORD, DFW · 14 hr 27 min · American · Operated by Envoy Air as American Ea...

9:25 AM → 9:37 PM $489
SFO ACT round trip
2 stops in SEA, DFW · 10 hr 12 min · Alaska, American · Operated by Horizon Air as Ala...

11:34 PM → 11:54 AM+1 $526
SFO ACT round trip
2 stops in ORD, DFW · 10 hr 20 min · American · Operated by Envoy Air as American Ea...

23 more flights

## Hotels in Waco

Nightly prices for 1 guest May 15–May 24

Search for hotels

Magnolia House
4.6 (96)

WoodSpring Suites Waco
3.4 (286)

Language · English (United States)

Country · United States

Currency · USD

About Google Privacy & Terms Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more

