# EXHIBIT 36



Google Sign in

Round trip 1 Economy

Santa Ana | Waco ACT | Sat, May 15 | Mon, May 24

Stops Airlines Bags Price Times Connecting airports Duration More

Date grid | Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

10:39 AM – 5:47 PM
SNA – ACT
1 stop in DFW · 5 hr 8 min · American · Operated by Envoy Air as American Eagle
$275 round trip

12:46 PM – 9:37 PM
SNA – ACT
1 stop in DFW · 6 hr 51 min · American · Operated by Envoy Air as American Eagle
$275 round trip

12:59 PM – 9:37 PM
SNA – ACT
2 stops in PHX, DFW · 6 hr 38 min · American · Operated by Envoy Air as American Eagle
$279 round trip

Prices are currently typical for your trip. Details

# Other departing flights

| | | |
|---|---|---|
| 4:40 PM → 9:44 AM⁺¹ SNA — ACT  1 stop in DFW ⚠ · 15 hr 4 min · American · Operated by Envoy Air as American Eagle | $275 round trip | |
| 8:35 AM → 9:37 PM SNA — ACT  2 stops in SEA, DFW · 11 hr 2 min · Alaska, American · Operated by Envoy Air as Ameri… | $499 round trip | |
| 7:10 PM → 9:44 AM⁺¹ SNA — ACT  2 stops in SEA, DFW · 12 hr 34 min · Alaska, American · Operated by Envoy Air as Ameri… | $499 round trip | |

21 more flights

## Hotels in Waco

Nightly prices for 1 guest May 15–May 24

Search for hotels ↗


Magnolia House
4.6 ★★★★★ (96)


$51
Extended Stay America - Wa…
3.6 ★★★★★ (327)


$41
WoodSpring Suites
3.4 ★★

---

Language · English (United States)    Country · United States

Currency · USD

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more




  Google Sign in

Round trip 1 Economy

Los Ang... | Waco ACT | Sat, May 15 | Mon, May 24

Stops | Airlines | Bags | Price | Times
Connecting airports | Duration | More

Date grid | Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

1:31 AM — 9:44 AM
LAX ACT
1 stop in DFW · 6 hr 13 min · American · Operated by Envoy Air as American Eagle
$299 round trip

9:30 AM — 5:47 PM
LAX ACT
1 stop in DFW · 6 hr 17 min · American · Operated by Envoy Air as American Eagle
$299 round trip

2:35 PM — 9:37 PM
LAX ACT
1 stop in DFW · 5 hr 2 min · American · Operated by Envoy Air as American Eagle
$299 round trip

10:30 AM — 5:47 PM
LAX ACT
1 stop in DFW · 5 hr 17 min · American · Operated by Envoy Air as American Eagle
$319 round trip

Prices are currently typical for your trip.    Details

## Other departing flights

| | | | |
|---|---|---|---|
| ✈ | 5:30 PM → 9:44 AM +1<br>LAX  ACT<br>1 stop in DFW ⚠ · 14 hr 14 min · American · Operated by Envoy Air as American Eagle | **$299**<br>round trip | ⌄ |
| ✈ | 7:52 PM → 5:47 PM +1<br>LAX  ACT<br>2 stops in PHX, DFW ⚠ · 19 hr 55 min · American · Operated by Envoy Air as America… | **$303**<br>round trip | ⌄ |
| ✈ | 7:52 PM → 5:47 PM +1<br>LAX  ACT<br>2 stops in PHX, DFW ⚠ · 19 hr 55 min · American · Operated by Envoy Air as America… | **$303**<br>round trip | ⌄ |
| ✈ | 7:52 PM → 5:47 PM +1<br>LAX  ACT<br>2 stops in PHX, DFW ⚠ · 19 hr 55 min · American · Operated by Envoy Air as America… | **$303**<br>round trip | ⌄ |

⌄ 33 more flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest May 15–May 24                    **Search for hotels** ↗

 Magnolia House — 4.6 ★★★★★ (96)

 Extended Stay America - Wa… — $51 — 3.6 ★★★☆ (327)

 WoodS… Suites — $41 — 3.4 ★★

---

🌐 Language · English (United States)    Country · United States

Currency · USD

About Google    Privacy & Terms    Help Center and Consumer Information

⚠ Displayed currencies may differ from the currencies used to purchase flights. Learn more