# EXHIBIT 37



Google Sign in

Round trip 1 Economy

Santa Ana | San Francis | Sat, May 15 | Mon, May 24

Stops Airlines Bags Price Times
Connecting airports Duration More

Date grid Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

6:45 AM → 8:14 AM
SNA SFO
Nonstop · 1 hr 29 min · United
$97 round trip

8:05 AM → 9:34 AM
SNA SFO
Nonstop · 1 hr 29 min · United
$97 round trip

10:15 AM → 11:44 AM
SNA SFO
Nonstop · 1 hr 29 min · United
$97 round trip

3:18 PM → 4:47 PM
SNA SFO
Nonstop · 1 hr 29 min · United · Operated by Skywest DBA United Express
$97 round trip





| | 7:30 PM | 8:55 PM | | $97 |
|---|---|---|---|---|
| | SNA | SFO | | round trip |

Nonstop · 1 hr 25 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest

---

Prices are currently typical for your trip.          **Details**

## Other departing flights

Prices are not available for: Southwest Airlines.

| | 7:00 AM → 8:32 AM | | $97 |
|---|---|---|---|
| | SNA        SFO | | round trip |

Nonstop · 1 hr 32 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest

| | 10:30 AM → 12:02 PM | | $97 |
|---|---|---|---|
| | SNA        SFO | | round trip |

Nonstop · 1 hr 32 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest

| | 6:05 PM → 7:34 PM | | $122 |
|---|---|---|---|
| | SNA        SFO | | round trip |

Nonstop · 1 hr 29 min · United · Operated by Skywest DBA United Express

| | 12:59 PM → 5:47 PM | | $213 |
|---|---|---|---|
| | SNA        SFO | | round trip |

1 stop in PHX · 4 hr 48 min · American

**42 more flights**

## Hotels in San Francisco ⓘ

Nightly prices for 1 guest May 15–May 24                    **Search for hotels** ↗



$44    FOUND Hotel San Francisco
4.1 ★★★★☆ (116)



$58    The Herbert Hotel
3.8 ★★★★☆ (420)



---

💬    🌐 Language · English (United States)    Country · United States

Currency · USD

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more

