# EXHIBIT 38




Google

Sign in

Round trip · 1 · Economy

San Diego | San Fran... | Sat, May 15 | Mon, May 24

Stops · Airlines · Bags · Price · Times · Connecting airports · Duration · More

Date grid | Price graph

## Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Departure | Arrival | Stops | Duration | Airline | Price |
|---|---|---|---|---|---|
| 8:32 AM SAN | 9:57 AM SFO | Nonstop | 1 hr 25 min | United | $97 round trip |
| 11:20 AM SAN | 12:45 PM SFO | Nonstop | 1 hr 25 min | United | $97 round trip |
| 5:31 PM SAN | 6:52 PM SFO | Nonstop | 1 hr 21 min | United | $97 round trip |
| 6:48 PM SAN | 8:13 PM SFO | Nonstop | 1 hr 25 min | United | $97 round trip |

| | | |
|---|---|---|
| 3:35 PM → 5:13 PM<br>SAN SFO<br>Nonstop · 1 hr 38 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | $117<br>round trip |

Prices are currently typical for your trip. — Details

## Other departing flights
Prices are not available for: Southwest Airlines.

| | | |
|---|---|---|
| 7:15 AM → 8:56 AM<br>SAN SFO<br>Nonstop · 1 hr 41 min · United | | $97<br>round trip |
| 1:30 PM → 2:57 PM<br>SAN SFO<br>Nonstop · 1 hr 27 min · United | | $97<br>round trip |
| 4:24 PM → 5:55 PM<br>SAN SFO<br>Nonstop · 1 hr 31 min · United | | $97<br>round trip |
| 7:50 PM → 9:16 PM<br>SAN SFO<br>Nonstop · 1 hr 26 min · United | | $97<br>round trip |
| 6:30 AM → 8:08 AM<br>SAN SFO<br>Nonstop · 1 hr 38 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | $117<br>round trip |
| 11:00 AM → 12:38 PM<br>SAN SFO<br>Nonstop · 1 hr 38 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | $117<br>round trip |
| 5:55 PM → 7:33 PM<br>SAN SFO<br>Nonstop · 1 hr 38 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | $117<br>round trip |
| 8:05 PM → 9:43 PM<br>SAN SFO<br>Nonstop · 1 hr 38 min · Alaska · Operated by Skywest Airlines as AlaskaSkyWest | | $117<br>round trip |



   

5:28 PM 10:43 PM
SAN SFO
1 stop in SLC · 5 hr 15 min · Delta
$137
round trip

6:15 AM ⟶ 7:57 AM
SAN SFO
Nonstop · 1 hr 42 min · United
$147
round trip

8:00 AM ⟶ 9:35 AM
SAN SFO
Nonstop · 1 hr 35 min · Southwest
Price unavailable

1:20 PM ⟶ 2:55 PM
SAN SFO
Nonstop · 1 hr 35 min · Southwest
Price unavailable

4:30 PM ⟶ 6:05 PM
SAN SFO
Nonstop · 1 hr 35 min · Southwest
Price unavailable

7:40 PM ⟶ 9:15 PM
SAN SFO
Nonstop · 1 hr 35 min · Southwest
Price unavailable

31 more flights

## Hotels in San Francisco

Nightly prices for 1 guest May 15–May 24

Search for hotels

FOUND Hotel San Francisco
4.1 (116)

The Herbert Hotel
3.8 (420)

Language · English (United States)

Country · United States

Currency · USD

About Google Privacy & Terms Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more