# EXHIBIT 39



Google

Sign in

Round trip 1 Economy

San Diego | Waco ACT | Sat, May 15 | Mon, May 24

Stops | Airlines | Bags | Price | Times
Connecting airports | Duration | More

Date grid | Price graph

### Active travel advisory

There's a government travel advisory related to coronavirus (COVID-19).
More details

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

10:57 AM – 5:47 PM
SAN ACT
1 stop in DFW · 4 hr 50 min · American · Operated by Envoy Air as American Eagle
$311 round trip

2:43 PM – 9:37 PM
SAN ACT
1 stop in DFW · 4 hr 54 min · American · Operated by Envoy Air as American Eagle
$311 round trip

4:42 PM – 9:44 AM+1
SAN ACT
1 stop in DFW · 15 hr 2 min · American · Operated by Envoy Air as American Eagle
$311 round trip

4:44 PM – 9:44 AM+1
SAN ACT
2 stops in PHX, DFW · 15 hr · American · Operated by Envoy Air as American Eagle
$315 round trip

Prices are currently typical for your trip. Details

## Other departing flights

| | 11:00 PM → 4:01 PM +1 | $413 round trip |
|---|---|---|
| | SAN — ACT | |
| | 2 stops in ORD, DFW · 15 hr 1 min · American · Operated by Envoy Air as American Eagle | |

| | 7:05 AM → 9:37 PM | $497 round trip |
|---|---|---|
| | SAN — ACT | |
| | 2 stops in SEA, DFW · 12 hr 32 min · Alaska, American · Operated by Envoy Air as Amer… | |

| | 5:30 PM → 9:44 AM +1 | $497 round trip |
|---|---|---|
| | SAN — ACT | |
| | 2 stops in SEA, DFW · 14 hr 14 min · Alaska, American · Operated by Envoy Air as Amer… | |

| | 11:00 PM → 11:54 AM +1 | $533 round trip |
|---|---|---|
| | SAN — ACT | |
| | 2 stops in ORD, DFW · 10 hr 54 min · American · Operated by Envoy Air as American Ea… | |

34 more flights

## Hotels in Waco 

Nightly prices for 1 guest May 15–May 24

Search for hotels ↗

 Magnolia House
4.6 ★★★★★ (96)

 Extended Stay America - Wa… $51
3.6 ★★★★ (328)

 WoodS… Suites $43
3.4 ★★

Language · English (United States)    Country · United States

Currency · USD

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more