# EXHIBIT 41

## Median Time to Trial

| NDCA | WDTX |
|---|---|
| **2.37** Years | **2.62** Years |

## Median Time to Claim Construction

## Milestone Selector

Select a Milestone using the menu below, then select one or more subcategories. Hover over sections of the chart to view additional information.

Choose a Milestone
Trials

Milestone Subcategories
- [x] Bench Trial
- [x] Jury Trial

### Time to Milestone

The chart displays the Years from case filing to the selected Milestone subcategories in cases filed in the selected courts or assigned to the selected judge.

### Median Time to Trials Events

Year of Document Filing
2010 to 2020

Patent Technology Centers
- [x] 1600 Biotechnology and Organi..
- [x] 1700 Chemical and Materials E..
- [x] 2400 Networking, Multiplexing, ..
- [x] 2800 Semiconductors/Memory, ..
- [x] 2900 Design
- [x] 3600 Transportation, Constructi..
- [x] 3700 Mechanical Engineering, ..
- [x] Computers, Communication, an..
- [x] Unclassified/Unknown

ANDA Cases
- [x] ANDA Cases
- [x] Non-ANDA Cases

Measure
- ( ) Average
- (•) Median

Calculate Time In:
- ( ) Days
- (•) Years

