**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 6:21-cv-259-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT GOOGLE LLC'S
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

      **BEFORE THE COURT** is Defendant Google LLC's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a). Having considered the Motion, any responsive pleadings, and the case record, the Court **GRANTS** the Motion.

      It is therefore **ORDERED** that this action is hereby **TRANSFERRED** to the Northern District of California.

      SIGNED this _____ day of _____, 2021.

                                                                            ALAN D. ALBRIGHT
                                                                            UNITED STATES DISTRICT JUDGE