# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SUPER INTERCONNECT<br>TECHNOLOGIES LLC, | § § § § | |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| GOOGLE LLC, | § § | CIVIL ACTION NO. 6:21-cv-00259-ADA |
| Defendant. | § § § § | |

## DECLARATION OF MARK LIANG IN SUPPORT OF
## DEFENDANT GOOGLE LLC'S MOTION TO STAY PENDING DECISION ON ITS
## MOTION TO TRANSFER

I, Mark Liang, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC, in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Complaint for Patent Infringement (Dkt. No. 1), *Super Interconnect Techs. LLC v. Google LLC*, No. 2:18-cv-00463 (E.D. Tex.), filed on November 2, 2018).

3. Attached as **Exhibit 2** is a true and correct copy of Memorandum Opinion and Order (Dkt. No. 29), *Super Interconnect Techs. LLC v. Google LLC*, No. 2:18-cv-00463 (E.D. Tex.), filed on August 7, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of United States Court of Appeals for the Federal Circuit precedential Order, (Dkt. No. 100), *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), filed on February 18, 2020.

5. Attached as **Exhibit 4** is a true and correct copy of Order (Dkt. No. 102), *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), filed on February 18, 2020.

6. Attached as **Exhibit 5** is a true and correct copy of the Civil Docket for *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), as of April 23, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of Memorandum Opinion and Order (Dkt. No. 111) *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), filed March 12, 2021.

8. Attached as **Exhibit 7** is a true and correct copy of Second Amended Docket Control Order (Dkt. No. 91), *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), filed on December 12, 2019.

9.    Attached as **Exhibit 8** is a true and correct copy of Third Amended Docket Control Order (Dkt. No. 95), *Super Interconnect Techs. LLC v. Huawei Device Co., Ltd.*, No. 2:18-cv-00462 (E.D. Tex.), filed on January 14, 2020.

10.   Attached as **Exhibit 9** is a true and correct copy of Standing Order Regarding Motion For Inter-District Transfer, (W.D. Tex.), filed on March 23, 2021, and available at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Standing%20Order%20Regarding%20Motion%20For%20Inter%20District%20Transfer%20032321.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 27, 2021, in San Francisco, California.

                                                  */s/ Mark Liang*
                                                  Mark Liang