# EXHIBIT 9



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Madhav Chitlu, Corporate Designee & Individually

**Date:** December 4, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1      IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF TEXAS

3             MARSHALL DIVISION

4   - - - - - - - - - - - - - - - -x

5   SUPER INTERCONNECT            :   Case No.

6   TECHNOLOGIES LLC,             :   2:18-CV-00462

7        Plaintiff,               :

8   v.                           :

9   HUAWEI DEVICE CO. LTD., HUAWEI   :

10  DEVICE (HONG KONG) CO., LTD,    :

11  AND HUAWEI DEVICE USA, INC.,    :

12       Defendant.              :

13  - - - - - - - - - - - - - - - -x

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16           Video Deposition of GOOGLE,

17     by and through its Designated Representative

18                MADHAV CHITLU

19           and in his personal capacity

20             Menlo Park, California

21           Wednesday, December 4, 2019

22                  9:05 a.m.

23  Job No.:  276034

24  Pages:  1 - 108

25  Reported By:  Charlotte Lacey, RPR, CSR No. 14224