# EXHIBIT 10



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Michael Diamond, Corporate Designee & Individually

**Date:** December 11, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                        MARSHALL DIVISION
 4   - - - - - - - - - - - - - - - - -x
 5   SUPER INTERCONNECT                :   Case No.
 6   TECHNOLOGIES LLC,                 :   2:18-CV-00462
 7        Plaintiff,                   :
 8   v.                                :
 9   HUAWEI DEVICE CO. LTD., HUAWEI    :
10   DEVICE (HONG KONG) CO., LTD,      :
11   AND HUAWEI DEVICE USA, INC.,      :
12        Defendant.                   :
13   - - - - - - - - - - - - - - - - -x
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16              Video Deposition of GOOGLE,
17     by and through its Designated Representative
18                     MICHAEL DIAMOND
19              and in his personal capacity
20                   2765 Sand Hill Road
21                  Menlo Park, California
22               Wednesday, December 11, 2019
23                        9:01 a.m.
24   REPORTED BY:
25   Tammy Moon, CSR No. 13184, CRR, RPR
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Michael Diamond, Corporate Designee & Individually
Conducted on December 11, 2019

163

| | | |
|---|---|---|
| 1 | provided on site R&D support? | 14:40:24 |
| 2 | A.  I'm not quite sure.  So R&D is really broad, | 14:40:27 |
| 3 | right? ███████████████████████████ | 14:40:46 |
| 4 | ████████████████████████████████████ | 14:40:48 |
| 5 | ██ | 14:40:51 |
| 6 | Q. ████████████████████████████ I | 14:40:51 |
| 7 | don't think that R&D is encompassed by, hey, here | 14:40:56 |
| 8 | this is our next processor that's coming out and | 14:41:00 |
| 9 | it's going to be available on this day, do you? | 14:41:02 |
| 10 | A.  It's part of it.  It's certainly part of it. | 14:41:04 |
| 11 | Q.  Okay. | 14:41:08 |
| 12 | ████████████████████████████ | 14:41:09 |
| 13 | ████████████████████████████████████ | 14:41:12 |
| 14 | ████████████████████ | 14:41:16 |
| 15 | ██████████████████████████████ | 14:41:19 |
| 16 | ████████████████████████████████████ | 14:41:21 |
| 17 | ██████████████████ | 14:41:26 |
| 18 | ██████████████████████████████ | 14:41:28 |
| 19 | ████████████████████████████████████ | 14:41:30 |
| 20 | ██████████████████████████ | 14:41:33 |
| 21 | ██████████████████████████████ | 14:41:41 |
| 22 | ████████████████████████████████████ | 14:41:49 |
| 23 | ████████████████████████████████████ | 14:41:54 |
| 24 | ██████████████████████████ | 14:41:57 |
| 25 | ████████████████████████████████████ | 14:42:03 |