# EXHIBIT 11



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Nicholas Yoswa, Corporate Designee & Individually

**Date:** December 13, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                     MARSHALL DIVISION

4      - - - - - - - - - - - - - - - -x

5      SUPER INTERCONNECT            :  Case No.

6      TECHNOLOGIES LLC,             :  2:18-CV-00462

7          Plaintiff,                :

8      v.                            :

9      HUAWEI DEVICE CO. LTD., HUAWEI   :

10     DEVICE (HONG KONG) CO., LTD,  :

11     AND HUAWEI DEVICE USA, INC.,  :

12         Defendant.                :

13     - - - - - - - - - - - - - - - -x

14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15              Video Deposition of GOOGLE,

16       by and through its Designated Representative

17                    NICHOLAS YOSWA

18              and in his personal capacity

19                 Menlo Park, California

20                  December 13, 2019

21

22     Stenographically reported by:

23     JENNY L. GRIFFIN, RMR, CSR, CRR, CCRR, CRC

24     CSR No. 3969

25     Job No. 276787