# EXHIBIT 12



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Abhijit Ravi, Corporate Designee & Individually

**Date:** December 23, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       MARSHALL DIVISION
 4    - - - - - - - - - - - - - - - - -x
 5    SUPER INTERCONNECT                  :   Case No.
 6    TECHNOLOGIES LLC,                   :   2:18-CV-00462
 7         Plaintiff,                     :
 8    v.                                  :
 9    HUAWEI DEVICE CO. LTD., HUAWEI      :
10    DEVICE (HONG KONG) CO., LTD,        :
11    AND HUAWEI DEVICE USA, INC.,        :
12         Defendant.                     :
13    - - - - - - - - - - - - - - - - -x
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16              Video Deposition of GOOGLE,
17       by and through its Designated Representative
18                       ABHIJIT RAVI
19             and in his personal capacity
20                  Menlo Park, California
21               Monday, December 23, 2019
22                        9:04 a.m.
23    Job No.:  278553
24    Pages:  1 - 127
25    Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```