# EXHIBIT 13



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of James Maccoun, Corporate Designee

**Date:** December 6, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1              IN THE UNITED STATES DISTRICT COURT
2               FOR THE EASTERN DISTRICT OF TEXAS
3                       MARSHALL DIVISION
4    ------------------------x
5    SUPER INTERCONNECT         :
6    TECHNOLOGIES LLC,          :
7           Plaintiff,          :
8        vs.                    :  Case No.:
9    HUAWEI DEVICE CO. LTD.,    :  2:18-CV-00462
10   HUAWEI DEVICE (HONG        :
11   KONG) CO., LTD, AND        :
12   HUAWEI DEVICE USA, INC.,   :
13           Defendants.        :
14   ------------------------x
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17              Video Deposition of GOOGLE,
18      by and through its Designated Representative
19                       JAMES MACCOUN
20                    2765 Sand Hill Road
21                   Menlo Park, California
22                  Friday, December 6, 2019
23                         9:02 a.m.
24   REPORTED BY:
25   Tammy Moon, CSR No. 13184, CRR, RPR
```