# EXHIBIT 14



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Harleen Juneja, Corporate Designee & Individually

**Date:** December 4, 2019
**Case:** Super Interconnect Technologies LLC -v- Huawei Device Co. Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                        MARSHALL DIVISION
 4   ------------------------x
 5   SUPER INTERCONNECT          :
 6   TECHNOLOGIES LLC,           :
 7           Plaintiff,          :
 8        vs.                    :  Case No.:
 9   HUAWEI DEVICE CO. LTD.,     :  2:18-CV-00462
10   HUAWEI DEVICE (HONG         :
11   KONG) CO., LTD, AND         :
12   HUAWEI DEVICE USA, INC.,    :
13           Defendants.         :
14   ------------------------x
15         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16                Video Deposition of GOOGLE,
17       by and through its Designated Representative
18                       HARLEEN JUNEJA
19                 and in her personal capacity
20                     2765 Sand Hill Road
21                    Menlo Park, California
22                 Wednesday, December 4, 2019
23                          9:07 a.m.
24   REPORTED BY:
25   Tammy Moon, CSR No. 13184, CRR, RPR
```