# EXHIBIT 17

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                         MARSHALL DIVISION
 3       SUPER INTERCONNECT            )
         TECHNOLOGIES LLC,             )
 4          Plaintiff,                 )
                                       )
 5       v.                            )
                                       )
 6       HUAWEI DEVICE CO. LTD.,       ) Civil Action No.
         ET AL                         ) 2:18-cv-00462-JRG
 7       _____)  _____
                                       )
 8       GOOGLE LLC,                   ) Civil Action No.
            Defendants.                ) 2:18-cv-00463-JRG
 9
10       ************************************************************
11               ORAL AND VIDEOTAPED DEPOSITION OF
12                        HOLLY HERNANDEZ
13        AS 30(b)(6) FOR SUPER INTERCONNECT TECHNOLOGIES LLC
14                        DECEMBER 19, 2019
15       ************************************************************
16
17
18
19
20
21
22
23
24
25
                                                            Page 1
```

```
1       A.   Well, like I said, some months it's more than    09:25:28
2    others. ████████████████████████████████████████████     09:25:31
3    ██████████████████████████████████████████████████.      09:25:34
4    ████████████████████████████████████████████████         09:25:37
5    ████████████████████████████████.                        09:25:40
6       Q.   ████████████████████████.  Correct?              09:25:41
7       A.   ██████████████████████                           09:25:44
8       Q.   Frisco.  So Acacia has an offense at Frisco      09:25:45
9    then?                                                    09:25:52
10      A.   Yes.                                             09:25:52
11   █ ██████████████████████████████████                     09:25:52
12      A.   No.                                              09:25:56
13      Q.   ███████████████████████████████████████████      09:25:56
14   ███                                                      09:25:59
15      A.   ██?.                                             09:25:59
16      Q.   SIT's located in Austin.  Is that right?         09:26:01
17      A.   I don't believe it's located in Austin.          09:26:06
18      Q.   Where do you believe it's located?               09:26:11
19      A.   I believe the address is 6136 Frisco Square,     09:26:12
20   but I don't know for sure.                               09:26:18
21      Q.   ██████████████████████████████████████████       09:26:20
22   ██████████████████████████████████████████████████       09:26:25
23      A.   ████                                             09:26:27
24      Q.   And that's also an Acacia address.  Correct?     09:26:27
25      A.   Correct.                                         09:26:30
```

Page 27

```
1        Q.   Does SIT have any other addresses beyond the       09:26:30
2   Frisco address you identified?                               09:26:38
3        A.   No.                                                09:26:39
4        Q.   So I would like to move on to another set of       09:26:40
5   topics.                                                      09:27:07
6             So you mentioned before SIT is a subsidiary of     09:27:16
7   Acacia.  Correct?                                            09:27:18
8        A.   Correct.                                           09:27:19
9        Q.   So I have some questions about Acacia.  So how     09:27:20
10  would you describe Acacia's business?                        09:27:24
11       A.   Acacia is in the business of assisting             09:27:26
12  patentholders with monetizing their patent portfolios.       09:27:32
13       Q.   And how does it do that?                           09:27:35
14       A.   It does it in various ways.  I would say           09:27:37
15  mostly through licensing efforts.                            09:27:42
16       Q.   How many employees does Acacia have today?         09:27:43
17       A.   ███████████████████████████████████████.           09:27:53
18       Q.   ███████████████████████████████████               09:28:00
19  ██████████████████████████?                                  09:28:04
20       A.   Correct.                                           09:28:05
21       Q.   Where are these employees located?                 09:28:06
22       A.   ████████████████████████████████  ███████
    █  █████████████████████████████  █████████  ████████
    █  ██████████████████                                        09:28:18
25       Q.   ████████████████████████████  █████████            09:28:19
```

Page 28

Veritext Legal Solutions
866 299-5127

```
1    have any type of formal title or role with SIT?        09:44:25
2         A.   No.                                          09:44:28
3         Q.   Does SIT have any -- strike that.            09:44:29
4    ███████████████████████████████████████████            09:44:34
5    ███████████████████████████████████████████            09:44:37
6    ███████████████████████████████                        09:44:40
7         A.   Not that I'm aware of.                       09:44:43
8         Q.   The four people you named, yourself -- well, 09:44:44
9    you're an attorney, but so the other ██████████        09:44:51
10   ████████████ are they all attorneys?                   09:44:55
11        A.   No.                                          09:45:01
12        Q.   Is Marc Booth an attorney?                   09:45:01
13        A.   No.                                          09:45:01
14        Q.   Is Eric Lucas an attorney?                   09:45:01
15        A.   Yes.                                         09:45:01
16        Q.   Is Li Yu an attorney?                        09:45:03
17        A.   No.                                          09:45:05
18        Q.   Where are Mr. Booth, Lucas and Yu located?   09:45:06
19        A.   They're located in Irvine.                   09:45:14
20        Q.   And we mentioned before SIT's located, to your  09:45:15
21   knowledge, in Frisco.  Correct?                        09:45:23
22        A.   Correct.                                     09:45:24
23        Q.   ████████████████████████████████             09:45:24
24   ████████████████████████████████████████               09:45:39
25   ████████████████████████  ██████████████████           09:45:43
```

Page 41

| | | |
|---|---|---|
| 1 | A.     We are employed by Acacia Research Group. | 09:45:45 |
| 2 | Q.     ████████████████████████████████████ | 09:45:48 |
| 3 | ████    ████████ | 09:45:51 |
| 4 | A.     ████████ | 09:45:52 |
| 5 | Q.     Why did SIT choose to form in Frisco in Texas? | 09:45:52 |
| 6 |         MR. KIMBLE:  Hold on a second.  Caution | 09:46:10 |
| 7 | the witness not to reveal any attorney/client privileged | 09:46:12 |
| 8 | information or any work product information. | 09:46:15 |
| 9 | A.     Right.  Well, Acacia Research Group's | 09:46:21 |
| 10 | headquarters are in Frisco, Texas, and SIT is a | 09:46:25 |
| 11 | subsidiary of Acacia Research Group.  So it made sense | 09:46:29 |
| 12 | to incorporate in Texas.  Or form in Texas.  It's not a | 09:46:33 |
| 13 | corporation. | 09:46:36 |
| 14 | Q.     (BY MR. LIANG)  Are Acacia Research Group's | 09:46:39 |
| 15 | other subsidiaries also based out of that same address | 09:46:42 |
| 16 | in Frisco, Texas? | 09:46:45 |
| 17 | A.     I would say the vast majority of them are | 09:46:46 |
| 18 | based out of Frisco, Texas. | 09:46:49 |
| 19 | Q.     How many subsidiaries is that, roughly? | 09:46:51 |
| 20 | A.     Well, I mentioned there's approximately 100 | 09:46:52 |
| 21 | subsidiaries.  I would say 80 to 95 percent of them are | 09:46:55 |
| 22 | located in Frisco, Texas, but that's just a guess. | 09:47:00 |
| 23 | Q.     So SIT is located in Frisco, Texas, but ████ | 09:47:07 |
| 24 | ████████████████████████ are in Irvine, California.  Is | 09:47:12 |
| 25 | that correct? | 09:47:15 |

Page 42

| | | |
|---|---|---|
| 1 | Correct? | 11:42:44 |
| 2 | MR. KIMBLE: Object to the form, also | 11:42:44 |
| 3 | beyond the scope. | 11:42:47 |
| 4 | A.   I am not aware of any. | 11:42:48 |
| 5 | Q.   (BY MR. LIANG) So just probably the last | 11:42:50 |
| 6 | question. So you said SIT is based in Frisco, Texas. | 11:42:57 |
| 7 | Correct? | 11:43:05 |
| 8 | A.   Correct. | 11:43:05 |
| 9 | Q.   So if the complaint in this case said it was | 11:43:05 |
| 10 | based in another location, the complaint would be wrong? | 11:43:10 |
| 11 | A.   I believe so. | 11:43:13 |
| 12 | Q.   And SIT was never based anywhere else other | 11:43:15 |
| 13 | than Frisco. Correct? | 11:43:25 |
| 14 | A.   I believe so. | 11:43:26 |
| 15 | MR. LIANG: All right. Give me a couple | 11:43:35 |
| 16 | minutes off the record, and I'll just see if we have | 11:43:37 |
| 17 | anything else and I'll be done. | 11:43:39 |
| 18 | Do you expect to have a redirect or -- | 11:43:42 |
| 19 | MR. KIMBLE: One question. | 11:43:43 |
| 20 | MR. LIANG: Okay. | 11:43:44 |
| 21 | THE VIDEOGRAPHER: We're going off the | 11:43:45 |
| 22 | record at 11:44 a.m. | 11:43:46 |
| 23 | (Break from 11:44 a.m. to 11:54 a.m.) | 11:44:11 |
| 24 | THE VIDEOGRAPHER: We are going back on | 11:54:26 |
| 25 | the record at 11:55 a.m. | 11:54:28 |