# EXHIBIT 18

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4       _____
                                          )
 5                                        )
         SUPER INTERCONNECT TECHNOLOGIES, )
 6       LLC,                             )
                                          )
 7                   Plaintiff,           )
         v.                               )
 8       _____)
                                          ) Civil Action No.
 9                                        ) 2:18-cv-00462-JRG
         HUAWEI DEVICE CO. LTD., et al.,  ) LEAD CASE
10       _____)
                                          )
11       GOOGLE LLC,                      ) Civil Action No.
                                          ) 2:18-cv-00463-JRG
12                   Defendant.           )
         _____
13
14                VIDEO DEPOSITION OF MARC BOOTH
15                    Newport Beach, California
16                    Monday, December 23, 2019
17                            Volume I
18
19
20
21
22
23   Reported by:
24   Gail E. Kennamer, CSR 4583, CCRR
25   Job No. 3804815
```

1      In the past few days, I suppose, Super Interconnect    09:19

2    has also de-designated Eric Lucas for Topics 12 and 25 and

3    redesignated Mr. Booth for those topics.  Sorry.  Let me

4    repeat that.  They de-designated Eric Lucas for Topics 25

5    and 31 and redesignated Mr. Booth for those topics, and    09:19

6    they also want to designate Mr. Booth for Topic 12, in

7    addition to Eric Lucas; so both witnesses are designated

8    on that topic.

9       Google reserves its objections to those

10    re-designations which were made during or after the        09:19

11    deposition of Mr. Lucas, and all these topic designations

12    are subject to SIT's objections and responses, in response

13    to Google's 30(b)(6) Deposition Notice.

14           MR. BRAGALONE:  That is correct.

15       And we also responded by email today regarding your    09:19

16    reservation of objection, and I won't restate that here.

17       But thank you.  That is correct.

18       And in addition, we will want to read and sign both

19    for Mr. Lucas' and for Mr. Booth's deposition.

20                                                              09:20

21                       -EXAMINATION-

22

23      BY MR. LIANG:

24          Q.   Let's begin.

25          Can you please state your full name for the record.  09:20

Page 8

| | | |
|---|---|---|
| 1 | A.   Marc William Booth. | 09:20 |
| 2 | Q.   Can you please state your work address? | |
| 3 | A.   ███████████████   Irvine, California | |
| 4 | ███ | |
| 5 | Q.   And what company that you work for is located at | 09:20 |
| 6 | that address? | |
| 7 | A.   Acacia Research Group. | |
| 8 | Q.   Any other companies you work for located at that | |
| 9 | address? | |
| 10 | A.   Acacia Research Corporation also has a business, | 09:20 |
| 11 | place of business there. | |
| 12 | Q.   Is that office the headquarters for Acacia | |
| 13 | Research Group? | |
| 14 | A.   Acacia Research Group is actually headquartered | |
| 15 | in Texas. | 09:20 |
| 16 | Q.   And what about Acacia Research Corporation, is | |
| 17 | that the headquarters? | |
| 18 | A.   It's a Delaware corporation, but that's the main | |
| 19 | office. | |
| 20 | Q.   So that is the main place of business of Acacia | 09:21 |
| 21 | Research Corporation? | |
| 22 | A.   Yes. | |
| 23 | Q.   As to Acacia Research Group, is that also the | |
| 24 | main business location? | |
| 25 | A.   Yes. | 09:21 |

```
1        Q.   So Texas just meant the place where --          09:21
2        A.   That's where it's incorporated.
3            (Simultaneous speaking.)
4            THE REPORTER:  You need for wait for each other
5   for the record.                                            09:21
6     BY MR. LIANG:
7        Q.   You understand you're under oath today; correct?
8        A.   Yes.
9        Q.   Have you been deposed before?
10       A.   Yes.                                             09:21
11       Q.   How many times?
12       A.   Roughly, six to eight.
13       Q.   What was the subject matter of those prior
14  depositions?
15       A.   Most of those were patent litigation matters.  I 09:21
16  think there may have been one that was a contract dispute.
17       Q.   What was generally the areas or topics that you
18  testified about?
19       A.   They were similar to the ones I'm testifying
20  about today.                                               09:22
21       Q.   Have you ever been deposed on behalf of the
22  plaintiff in this action, Super Interconnect Technologies?
23       A.   Not yet, no.
24       Q.   In those other depositions, were you testifying
25  on behalf of Acacia Research Group or another entity?      09:22
```

Page 10

```
 1    responsibilities in that capacity?                    10:15

 2         A.   I now manage the entire IP assertion

 3    organization; so all of the engineers, analysts report to

 4    me, the licensing executives, the business development

 5    organization, and the local finance and human resources. 10:15

 6         Q.   So your title chief IP officer, as well as some

 7    of the titles you mentioned earlier, that was with Acacia

 8    Research Group; correct?

 9         A.   Correct.

10         Q.   Was it also with Acacia Research Corporation?  10:16

11         A.   Yes, let me correct that.

12              So chief IP officer is Acacia Research Corporation

13    title.

14         Q.   Do you hold any separate titles with Acacia

15    Research Group?                                         10:16

16         A.   Yes.  I'm the president and CEO of Acacia

17    Research Group.

18         Q.   Now, do you hold any present position with the

19    plaintiff, SIT?

20         A.   Yes.  I'm the CEO.                            10:16

21         Q.   And what are your day-to-day responsibilities in

22    that capacity as CEO of SIT?

23         A.   Well, day to day, there isn't a lot of activity

24    to be managed with SIT itself, but I oversee the overall

25    licensing effort essentially because it falls under me.  10:16
```

Page 47

```
 1        Q.   So you have been the CEO since coming back to    10:19
 2   Acacia in August 2018?
 3        A.   Essentially, yes.
 4        Q.   [REDACTED]
                                                                10:19
 6        A.   [REDACTED]



10        Q.   [REDACTED]


12        A.   Something like that, yes.
13        Q.   Where is SIT's principal office located?
14        A.   Its incorporated in Texas; in Plano, Texas --
15   I'm sorry.  Dallas, Texas.                                 10:19
16        Q.   Is that also where its main office is located?
17        A.   Yes.
18        Q.   In Dallas, Texas?
19             MR. BRAGALONE:  The witness isn't designated on
20   this particular topic, but from his personal knowledge.    10:20
21             THE WITNESS:  Yes.  It's actually in Plano,
22   Texas.  I was correct the first time.
23     BY MR. LIANG:
24        Q.   And you're located in Irvine, California;
25   correct?                                                   10:20
```

Page 49

```
1          A.    Correct.                                          10:20

2          Q.    How often have you visited SIT's Plano office?

3          A.    ████████████████████████  ████████████████

              ████████████████████████████████████████████

              ████████████████████████████████████████  ████

              ████████

7          Q.    ██████████████████████████████████████████

              ████████████████████████████

9          A.    ██████████████

10         Q.    Does that office in Plano, is that also an      10:21

11   office for other Acacia entities and subsidiaries?

12         A.    We have -- Yes, there are additional

13   subsidiaries incorporated there.

14         Q.    Roughly, how many subsidiaries are incorporated

15   at that office?                                              10:21

16         A.    I don't know.  Dozens, probably.  There are many

17   of them.

18         Q.    Is that office in Plano also an office for

19   Acacia Research Group?

20         A.    There is an Acacia Research Group employee      10:21

21   there, yes.

22         Q.    Is that Holly Hernandez?

23         A.    Correct.

24         Q.    That's the only office for -- Strike that.

25               Does SIT have any other offices other than that  10:21
```

```
1    office in Plano?                                              10:21
2         A.   Well, the office itself is actually located in
3    Frisco.  It was located in Plano prior, and I think they
4    moved prior to me coming back, I believe they are now in
5    Frisco.                                                       10:22
6         Q.   So I want to restart a few of the questions,
7    then.
8              So that office in Frisco, that's also the office of
9    Acacia Research Group; correct?
10        A.   Correct.                                            10:22
11        Q.   It's also an office through which -- Strike
12   that.
13             It's also an office with the headquarters for dozens
14   of Acacia entities and subsidiaries; correct?
15        A.   Correct.                                            10:22
16        Q.   ██████████████████████████████████████
          ████████████
          A.   ███████
19        Q.   ██████████████████████████████████████   10:22
          █████████████████
21        A.   Not since they moved from Plano, no.
22        Q.   SIT has no other addresses; correct?
23        A.   Correct.
24        Q.   So it has no office in California, for example?
25        A.   Well, no.  The office in California is an Acacia   10:22
```

Page 51

```
 1    Research Group office.                               10:23
 2        Q.   But is that an office of SIT?
 3        A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4        Q.   Are there other employees of Acacia -- of SIT --
 5    Sorry.  Strike that.  Let's restart.                 10:23
 6        Are there other employees of SIT?
 7        A.   There are -- I'm the CEO.
 8    Eric Lucas is the president.
 9    I believe Holly's title is vice president.
10    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             10:23
11        Q.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13        A.   Correct.
14        Q.   And Holly is located in Frisco; correct?
15        A.   Correct.                                    10:23
16        Q.   And you and Mr. Lucas are located in Irvine,
17    California; correct?
18             MR. BRAGALONE:  Sorry.  He said Lucas.  Oh, he
19    said, "and Mr. Lucas."  My apologies.
20             THE WITNESS:  Yes, yes.  Correct.           10:24
21             MR. LIANG:  Let's take a break here.  This is a
22    natural stopping point.  We'll come back in a few minutes
23    or so.
24             VIDEO OPERATOR:  We're going off the record.
25    The time 10:24.                                      10:24
```

Page 52