# EXHIBIT 19

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4     _____
                                       )
 5                                     )
       SUPER INTERCONNECT TECHNOLOGIES,)
 6     LLC,                            )
                                       )
 7                 Plaintiff,          )
       v.                              )
 8     _____)
                                       ) Civil Action No.
 9                                     ) 2:18-cv-00462-JRG
       HUAWEI DEVICE CO. LTD., et al., ) LEAD CASE
10     _____)
                                       )
11     GOOGLE LLC,                     ) Civil Action No.
                                       ) 2:18-cv-00463-JRG
12                 Defendant.          )
       _____
13
14                VIDEO DEPOSITION OF ERIC LUCAS
15                   Newport Beach, California
16                  Friday, December 20, 2019
17                          Volume I
18
19
20
21
22     Reported by:
23     Gail E. Kennamer, CSR 4583, CCRR
24     Job No. 3804813
25     Pages 1 - 207
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1          Then I went to Motorola.                              09:39

 2          Then I worked at Cambridge Display Technologies.

 3          Then Boeing.

 4          Then Alcatel.

 5          Then I worked for a few smaller companies as a        09:40

 6   licensing attorney.

 7          Then I worked for Acacia for the last six or

 8   six-and-a-half years.  Most of those positions were in a

 9   licensing capacity.

10          Q.   So you mentioned working on patent or IP         09:40

11   licensing before Acacia; is that right?

12          A.   Yes.

13          Q.   What were those specific employers and

14   positions?

15          A.   I believe every place I mentioned was a          09:40

16   licensing position.

17          Q.   I see.

18          And when did you join Acacia?

19          A.   I believe it was around March 2012 or

20   April 2012.                                                  09:40

21          Q.   And what was your title when you first joined

22   Acacia?

23          A.   I believe it was senior vice president.

24          Q.   What's your title today?

25          A.   Senior vice president, licensing and litigation. 09:41
```

Page 26

```
1        Q.   You mentioned this at the beginning, but I just       09:41
2    want to confirm.
3         Are you a senior VP of Acacia Corporation or Research
4    Group?
5        A.   Acacia Research Group.                                 09:41
6        Q.   Do you hold any positions in any other Acacia
7    entities?
8        A.   The subsidiaries, I do.
9        Q.   What about Acacia Corporation?
10       A.   I don't have a title there.                            09:41
11       Q.   In your role as senior VP of licensing at Acacia
12   Research Group, could you describe your responsibilities
13   and tasks?
14       A.   Yeah.  We are -- I'm responsible for helping to
15   evaluate portfolios that we're looking to purchase and          09:41
16   also financial litigation and try to license the patents
17   that we already own.
18       Q.   Do you hold any positions with SIT?
19       A.   I'm the president.
20       Q.   And that role as president of SIT, what are your       09:42
21   day-to-day responsibilities?
22       A.   I wouldn't say there are any day-to-day
23   responsibilities associated with that.
24       Q.   Why do you say there's no day-to-day
25   responsibilities?                                                09:42
```

Page 27

```
1      Q.   So there are more employees at the subsidiary        09:49
2   Acacia Research Group than the parent Acacia Research
3   Corporation?
4      A.   I believe so, yes.
5      Q.   I just want to -- I think I may have skipped         09:49
6   this -- there are no SIT employees who are only employees
7   of SIT but not also SIT -- employees of Acacia Research
8   Group; correct?
9      A.   I believe that's correct.
10     Q.   ███████████████████████████████████████ ███
11          ███████  Where are they located?
12     A.   ██████████
13   ████████████████████████████████████████
14     Q.   ███████████████████████████████████████████████
15   where are they located?                                     09:50
16     A.   We have some people in Irvine, some people in
17   New York, ████████████████████ in Texas.
18     Q.   How many are in Irvine?
19     A.   ████████████
20     Q.   Now, SIT is located in Texas; right?                 09:50
21     A.   I didn't study the states of incorporation, but
22   I believe it may be incorporated in Texas.
23     Q.   Could you tell me SIT's address right now?
24     A.   No, I can't.
25     Q.   Do you know what city they are located in?           09:51
```

Page 33