# EXHIBIT 22

Liang, Mark

| | |
|---|---|
| **From:** | Bill Kennedy <bkennedy@bcpc-law.com> |
| **Sent:** | Tuesday, December 10, 2019 11:26 AM |
| **To:** | Liang, Mark |
| **Cc:** | mark@themannfirm.com; blake@themannfirm.com; #Google-SIT; Wesley Hill; Jon Rastegar; Jeffrey Bragalone; BCPCserv@bcpc-law.com; Jerry Tice; Justin Kimble |
| **Subject:** | RE: SIT/Google - Deposition planning |

**[EXTERNAL MESSAGE]**

Hi Mark,

Here are the specific topics for SIT's 30(b)(6) witnesses. Note the location change for the Newport depos, which is just around the corner from OMM's offices.

- Marc Booth
    - Dec. 23 at 9 a.m.
    - Stradling Yocca Carlson & Rauth, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660
    - Topics 4, 6, 9, 10, 11, 17, 18, 19, 22, 23, 30, and 36 (to the extent it applies to Mr. Booth's other topics)
- Eric Lucas
    - Dec. 20 at 9 a.m.
    - Stradling Yocca Carlson & Rauth, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660
    - Topics 7, 8, 12, 13, 14, 24, 25, 26, 27, 28, 31, and 36 (to the extent it applies to Mr. Lucas's other topics)
- Holly Hernandez
    - Dec. 19 at 9 a.m.
    - Bragalone Conroy PC, 2200 Ross Ave, Suite 4500-West, Dallas TX 75201
    - Topics 1, 2, 5, 33, 34, 35, and 36 (to the extent it applies to Ms. Hernandez's other topics)

SIT offers these witnesses subject to its previously served objections and responses. SIT reserves the right to amend these topic assignments.

**BRAGALONE CONROY PC**
**T. William Kennedy**

---

**From:** Liang, Mark <mliang@omm.com>
**Sent:** Monday, December 9, 2019 11:11 AM
**To:** Bill Kennedy <bkennedy@bcpc-law.com>
**Cc:** mark@themannfirm.com; blake@themannfirm.com; #Google-SIT <GoogleSIT@omm.com>; Wesley Hill <wh@wsfirm.com>; Jon Rastegar <jrastegar@bcpc-law.com>; Jeffrey Bragalone <jbragalone@bcpc-law.com>; BCPCserv@bcpc-law.com; Jerry Tice <jtice@bcpc-law.com>; Justin Kimble <jkimble@bcpc-law.com>
**Subject:** RE: SIT/Google - Deposition planning

Hi Bill,
Please send us topics for each of your witnesses today, or at least Holly Hernandez. The 19th works for Holly, but that assumes that her deposition will be short (less than 3-4 hours) based on your repeated representation to that effect.

We also assume Holly's deposition will be in Dallas at BCPC's offices, starting at 9am local time.

Thanks,
**Mark Liang**
mliang@omm.com