# EXHIBIT 27

Liang, Mark

| | |
|---|---|
| **From:** | Freeda Lugo <flugo@mffmlaw.com> |
| **Sent:** | Monday, December 9, 2019 11:10 AM |
| **To:** | Liang, Mark |
| **Cc:** | David Kays; Donn Waslif |
| **Subject:** | RE: Super Interconnect Tech. v. Huawei/Qualcomm's Response to subpoena |

**[EXTERNAL MESSAGE]**

Hi Mark,

Yes, confirmed. We'll make a tentative reservation ▮▮▮▮▮▮▮▮ until the paperwork is finalized, and he can go ahead and make his travel plans. He will receive a formal confirmation ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ Los Angeles, CA ▮▮ between the hours of 9AM – 4:30PM.

Thanks,
Freeda

---

**From:** Liang, Mark <mliang@omm.com>
**Sent:** Monday, December 9, 2019 9:25 AM
**To:** Freeda Lugo <flugo@mffmlaw.com>
**Cc:** David Kays <dkays@mffmlaw.com>; Donn Waslif <dwaslif@mffmlaw.com>
**Subject:** RE: Super Interconnect Tech. v. Huawei/Qualcomm's Response to subpoena

Hi Freeda,

**Could you please confirm this morning that our source code expert can make a visit to the ▮▮▮▮▮▮▮▮ in LA on 12/11-13?** Your email indicated that we could make an inspection starting on 12/11, but I'd like to confirm that we have a reservation, so ▮▮▮▮▮▮▮▮

**Mark Liang**
mliang@omm.com
O: +1-415-984-8882
M: +1-773-398-2871

**O'Melveny**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Liang, Mark
**Sent:** Saturday, December 7, 2019 2:45 PM
**To:** 'Freeda Lugo' <flugo@mffmlaw.com>