# EXHIBIT 29

1                 UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF TEXAS

3                      MARSHALL DIVISION

4                        ---oOo---

5     SUPER INTERCONNECT TECHNOLOGIES,
      LLC

6                  Plaintiff,

7     vs.                              No. 2:18-cv-0462-JRG
                                           Lead Case

8     HUAWEI DEVICE CO., LTD., et al.,
                   Defendants.

9     _____/

                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF TEXAS

11                     DALLAS DIVISION

                        ---oOo---

12    SUPER INTERCONNECT TECHNOLOGIES,
      LLC

13                  Plaintiff,

      vs.                              No. 3:18-cv-02932-M

14    ZTE CORPORATION and ZTE USA,

15    INC.,

16                 Defendants.

      _____/

17

              VIDEOTAPED DEPOSITION OF GYUDONG KIM

18                  PALO ALTO, CALIFORNIA

19               WEDNESDAY, AUGUST 21, 2019

20

21    REPORTED BY:
      ANDREA M. IGNACIO,

22    CSR, RPR, CRR, CCRR, CLR

23    California CSR No. 9830

24    Job No. 3485463

25    Pages 1 - 236

                                              Page 1

| | | |
|---|---|---|
| 1 | defendant Google LLC.  With me, joining by phone, is | 09:02 |
| 2 | Boris Mindzak, also of O'Melveny & Myers, representing | 09:02 |
| 3 | defendant Google LLC. | 09:02 |
| 4 | MR. UPSHAW:  Edward Upshaw of Upshaw PLCC, | 09:02 |
| 5 | representing defendant ZTE USA, Inc. | 09:02 |
| 6 | MR. KENNEDY:  Bill Kennedy from Bragaline | 09:02 |
| 7 | Conroy PC, representing plaintiff, Super Interconnect | 09:02 |
| 8 | Technologies LLC. | 09:02 |
| 9 | MR. JAKOPIN:  David Jakopin from Pillsbury, | 09:03 |
| 10 | Winthrop, Shaw, Pitman representing the witness, | 09:03 |
| 11 | Gyudong Kim. | 09:03 |
| 12 | THE WITNESS:  Gyudong Kim at Invecas. | 09:03 |
| 13 | THE VIDEOGRAPHER:  Thank you. | 09:03 |
| 14 | THE WITNESS:  I don't know what to say, | 09:03 |
| 15 | but... | 09:03 |
| 16 | THE VIDEOGRAPHER:  You can swear the witness. | 09:03 |
| 17 | | 09:03 |
| 18 | GYUDONG KIM, | |
| 19 | having been sworn as a witness, | |
| 20 | by the Certified Shorthand Reporter, | |
| 21 | testified as follows: | |
| 22 | | |
| 23 | EXAMINATION | |
| 24 | BY MR. LIANG: | |
| 25 | Q   Please state your full name for the record. | 09:03 |

Page 7

```
 1      A   Gyudong Kim.                                    09:03

 2          Do you need the spelling?                       09:03

 3      Q   I think it's correct on the transcript, so      09:03

 4  it's fine.                                              09:03

 5      A   Okay.                                           09:03

 6      Q   Where is your work address?                     09:03

 7      A   Hang on.  I need to check.  I think it is       09:03

 8  3385, but we'll make sure.                              09:03

 9      Q   While -- while you're checking for that, do     09:03

10  you know your home address?                             09:04

11      A   Yeah.  ██████████████████                       09:04

12      Q   Okay.                                           09:04

13      A   ██████████    California ██████                 09:04

14      Q   I'll just move on to the next question.         09:04

15      A   Okay.                                           09:04

16      Q   You understand you're under oath today?         09:04

17      A   Yeah --                                         09:04

18      Q   And have --                                     09:04

19      A   -- I was told.                                  09:04

20      Q   And have you been deposed before?               09:04

21      A   I have been to a deposition place, but I did    09:04

22  not do the deposition then, so this is my first         09:04

23  deposition.                                             09:04

24      Q   Okay.  So I'll just -- in light of that, I'll   09:04

25  provide a brief, just, summary of how this deposition   09:04
```

Veritext Legal Solutions
866 299-5127