# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, | § § § |
| Plaintiff, | § § JURY TRIAL DEMANDED |
| v. | § § |
| GOOGLE LLC, | § § CIVIL ACTION NO. 6:21-cv-00259-ADA |
| Defendant. | § § § § |

## DECLARATION OF MARK LIANG IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO STAY PENDING DECISION ON ITS MOTION TO TRANSFER

I, Mark Liang, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC, in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 10** is a true and correct copy of an email dated December 24, 2020 from Jeffrey Bragalone to Mark Liang in the matter *Super Interconnect Techs. LLC v. Google LLC*, No. 2:18-cv-00463 (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 25, 2021, in San Francisco, California.

              */s/ Mark Liang*
              Mark Liang